IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **PROGRESSIVE MOUNTAIN INSURANCE COMPANY,** : : : | |
| **Plaintiff,** : : | **CASE NO: 7:23-cv-40 (WLS)** |
| v. : : | |
| **CARLTON TAYLOR and JONATHAN TAYLOR,** : : : | |
| **Defendants.** : : | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Doc. 15) ("Joint Stipulation") filed on behalf of Plaintiff and Defendant Carlton Taylor. *Pro se* co-defendant, Jonathan Taylor, is not a party to the Joint Stipulation. A stipulation of dismissal must be signed by all parties who have appeared before the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii), *see also* Clerk's Notice of Deficiency as to Jt. Stip. July 7, 2023. By virtue of his letter to the Court docketed as an Answer on April 17, 2023, Jonathan Taylor made an appearance before the Court. (*See* Doc. 6;.) Further, Jonathan Taylor appeared on his own behalf at the Court's initial discovery conference held June 6, 2023.

Based on the foregoing, on or before Friday, July 21, 2023, the parties are hereby **ORDERED** to file such appropriate documents as are necessary to cure the July 7, 2023 Notice of Deficiency or provide the Court with a written status report clarifying their intentions to prosecute this case going forward.

**SO ORDERED**, this 14th day of July 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1